

```
TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MARCUS SHAND
Assistant United States Attorney
Pennsylvania State Bar No. 323052
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004
Telephone: (602) 514-7500
Email:  Marcus.Shand@usdoj.gov
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>David Prince,<br><br>　　　　　Defendant. | No.　CR-26-00166-PHX-JJT (MTM)<br><br>**I N F O R M A T I O N**<br><br>VIO: 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2<br>　(Material False Statement During the Purchase of a Firearm, Aid and Abet)<br>　Count 1 |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>

On or about May 31, 2025, in the District of Arizona, Defendant DAVID PRINCE, aided and abetted a person, who knowingly made a false statement and representation in connection with the acquisition of a firearm(s) which was intended and likely to deceive a federal firearms licensee, Grips by Larry, licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm(s) by the business, in that this person did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating they were the actual transferee/buyer, whereas in truth in fact, they were purchasing the firearm(s) on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

Dated this _17th__ day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*[signature]*

MARCUS SHAND
Assistant United States Attorney