

**U.S. Department of Justice**

☒ FILED    ☐ LODGED

**Feb 26 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:    (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ  85004-4449 | |

February 17, 2026

Honorable Krissa M. Lanham
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 410    CR-26-00166-PHX-JJT (MTM)
401 W. Washington Street, SPC 48
Phoenix, Arizona 85003-2151

Re:    *United States v. David Prince*
       USAO No. 2025R06839
       Court No.

Dear Judge Lanham:

This case has been or may be assigned to you.  In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information.  We have carefully reviewed all the available records in our office, including the computer data, and determined that:

☐    A CONFLICT MAY EXIST

   ☐    The case or matter was in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division (**February 13, 2015, through June 2, 2024**).

   ☐    My review of the file indicates that you had direct involvement in this case or matter, including in an advisory capacity, while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**September 27, 2009, through June 2, 2024**).

☒    NO PROBABLE CONFLICT

   ☒    My review of the file and/or court docket indicates (1) you did not have direct involvement in this case or matter, and (2) the case or matter was not in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division.

Sincerely,

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Marcus Shand*
MARCUS SHAND
Assistant United States Attorney