TIMOTHY COURCHAINE
United States Attorney
District of Arizona
PATRICK E. CHAPMAN
Assistant U.S. Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>  vs.<br><br>David Prince,<br><br>          Defendant. | CR-26-00166-PHX-JJT<br><br>**NOTICE OF APPEARANCE AS CO-COUNSEL** |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court of Arizona, that Assistant U.S. Attorney Patrick Chapman is added as co-counsel with Assistant U.S. Attorney Marcus Shand as attorneys for the United States.

Respectfully submitted this 27th day of March, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/ Patrick Chapman*
PATRICK CHAPMAN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of March, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Joseph Duarte

*s/A. Flores-Cromwell*
U.S. Attorney's Office

- 2 -